IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI BEACH DIVISION

CASE NO. 1:10-CV-20789-MGC

SANJAY KOHLI, DIEGO
FIGUEROA, VICTOR ALVAREZ,
SAMUEL JUAREZ, on their own
behalf and on behalf of others similarly
situated,

      Plaintiffs,

vs.

FONTAINBLEAU FLORIDA HOTEL,
LLC.,

      Defendant.
_____/

## REPORT OF SETTLEMENT BY MEDIATOR

The undersigned Mediator, William R. Radford, Esq., having conducted a mediation conference

with the parties on January 5, 2011, hereby reports to the Court that the case has settled.

Respectfully submitted this 13th day of January 2011.

William R. Radford, Esq.
Florida Bar No. 0120390
FORD & HARRISON LLP
100 S.E. 2nd Street
Suite 2150
Miami, Florida 33131
Telephone:  (305) 808-2100
Facsimile:   (305) 808-2101

s/ William R. Radford_____
Mediator

CASE NO. 1:10-CV-20789-MGC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 13, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the

following:

Carlos Leach, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue
Wachovia Bank Building, 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979

David A. Buchsbaum, Esq.
Fisher & Phillips
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL  33301

s/ William R. Radford_____
Mediator

Miami:151588.1